UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-28939 |
| Hector M Serrano | Chapter: 13 |
| | Judge: JNP |

## NOTICE OF PROPOSED PRIVATE SALE

_____Hector M Serrano_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court
400 Cooper Street
Camden, New Jersey 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny_____ on _____February 28, 2017_____ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  2002 Gulf Stream Sun Voyager Series M-8368

Proposed Purchaser:  Jeanette Armstrong

Sale price:  $1.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Seymour Wasserstrum, Esquire

Address: 205 W. Landis Avenue, Vineland, New Jersey 08361

Telephone No.: (856) 696-8300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28939-JNP
Hector M Serrano                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2017
                              Form ID: pdf905          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
db          +Hector M Serrano,    1336 E. Grant Ave,    Vineland, NJ 08361-7242
cr          +BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC H,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516428645   +Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516428647    Jeannette Armstrong,    1336 Grant Armstrong,    Vineland, NJ 08360
516506412   +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516428648   +Kubota Credit corp USA,    3401 Del Amo Blvd,    Torrance, CA 90503-1636
516541085    THE BANK OF NEW YORK MELLON FKA THE,    c/o Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 02:26:35     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 02:26:32     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/Text: bankruptcy@southjerseyfcu.com Jan 31 2017 02:26:34
              South Jersey Federal Credit Union,    1615 Hurffville Road,    PO Box 5530,
              Deptford, NJ 08096-0530
516428646    E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 31 2017 02:27:03
              Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
516428649    E-mail/Text: bankruptcy@southjerseyfcu.com Jan 31 2017 02:26:33
              South Jersey Federal Credit Union,    PO Box 5530,    Deptford, NJ 08096-0530
516430402    E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:21:00     Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP james.shay@phelanhallinan.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nj.bkecf@fedphe.com
          Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union
           ecf.rjmalloylaw@gmail.com
          Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2004-30CB sobrien@flwlaw.com
          Seymour  Wasserstrum    on behalf of Debtor Hector M Serrano mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                              TOTAL: 7
```