| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s) |
| In Re:<br><br>Hector M. Serrano |

Case No.:    16-28939

Judge:    JNP

Chapter:    13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
By    Kubota Credit Corporation   , creditor

2. I am objecting to the above for the following reasons:

A recent payment was made on or around January 30, 2017 for approximately $1000.00 which has brought me current.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/7/2017                                             /s/ Hector Serrano
                                                                        Debtor's Signature