|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq.<br>Law Offices of Seymour Wasserstrum<br>Attorneys at Law<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>P: (856) 696-8300<br>F: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on February 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Hector M Serrano | Case No.: 16-28939<br>Chapter: 13<br>Hearing Date: 2/28/17 @ 1:00 a.m.<br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER APPROVING SALE OF
### 2002 GULF STREAM SUN VOYAGER SERIES M-8368

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: February 28, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor(s):** Hector M Serrano
**Case No:** 16-28939-JNP
**Caption of Order:** Order Approving Sale of 2002 Gulf Stream Sun Voyager Series M-8368

---

Upon the Debtor's motion for authorization to sell the 2002 Gulf Stream Sun Voyager Series M-8368,

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell his 50% interest in the 2002 Gulf Stream Sun Voyager Series M-8368 upon the terms and conditions of the sale agreement subject to consent of this Honorable Court and the Office of the United States Trustee.

2. Debtor's Counsel shall be permitted to file a Fee Application in the amount of $500.00 for services in drafting this Motion, representing Debtor in any required courtroom appearances, and responding to any objections or offers made in this matter.