UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorney for Debtor(s)

Order Filed on February 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 16-28939

Chapter: 13

In Re:

   Hector M Serrano

Hearing Date: 2/28/17 @ 1:00 a.m.

Judge: Jerrold N. Poslusny, Jr.


# ORDER APPROVING SALE OF
# 2002 GULF STREAM SUN VOYAGER SERIES M-8368

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: February 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor(s):** Hector M Serrano
**Case No:** 16-28939-JNP
**Caption of Order:** Order Approving Sale of 2002 Gulf Stream Sun Voyager Series M-8368

---

Upon the Debtor's motion for authorization to sell the 2002 Gulf Stream Sun Voyager Series M-8368,

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell his 50% interest in the 2002 Gulf Stream Sun Voyager Series M-8368 upon the terms and conditions of the sale agreement subject to consent of this Honorable Court and the Office of the United States Trustee.

2. Debtor's Counsel shall be permitted to file a Fee Application in the amount of $500.00 for services in drafting this Motion, representing Debtor in any required courtroom appearances, and responding to any objections or offers made in this matter.

United States Bankruptcy Court
District of New Jersey

In re:
Hector M Serrano
    Debtor

Case No. 16-28939-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db            +Hector M Serrano,    1336 E. Grant Ave,    Vineland, NJ 08361-7242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor     Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          James Patrick Shay     on behalf of Creditor     BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP james.shay@phelanhallinan.com
          Nicholas V. Rogers     on behalf of Creditor     BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nj.bkecf@fedphe.com
          Robert J. Malloy     on behalf of Creditor     South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com
          Sean M. O'Brien     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-30CB sobrien@flwlaw.com
          Seymour Wasserstrum     on behalf of Debtor Hector M Serrano mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                 TOTAL: 8