UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on May 31, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   Hector M Serrano

Case No.:    16-28939

Chapter:    13

Hearing Date:    N/A

Judge:    JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 31, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Hector M Serrano
Case No.: 16-28939/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

     ☒    through the Chapter 13 plan as an administrative priority.

     ☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.