| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) |
| In Re:<br><br>    Hector M Serrano |

Order Filed on May 31, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-28939

Chapter:     13

Hearing Date: N/A

Judge:     JNP

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 31, 2017**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

(Page 2)
Debtor(s): Hector M Serrano
Case No.: 16-28939/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00. The allowance shall be payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Hector M Serrano  
    Debtor

Case No. 16-28939-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 31, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.  
db             +Hector M Serrano,    1336 E. Grant Ave,    Vineland, NJ 08361-7242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       James Patrick Shay    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP james.shay@phelanhallinan.com  
       Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nj.bkecf@fedphe.com  
       Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com  
       Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-30CB sobrien@flwlaw.com  
       Seymour Wasserstrum    on behalf of Debtor Hector M Serrano mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

                                                                                                                                                                                                                                          TOTAL: 8