| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Hector M Serrano** | Social Security number or ITIN | xxx–xx–5328 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 16–28939–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hector M Serrano
aka Hector M Serrano Jr.

12/12/19

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28939-JNP
Hector M Serrano                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Dec 12, 2019
                             Form ID: 3180W            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db          +Hector M Serrano,   1336 E. Grant Ave,   Vineland, NJ 08361-7242
cr          +BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC H,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516622943   +AMALGAMATED BANK,   Attn Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516876042   +Amalgamated Bank,   Amalgamated Bank,   275 Seventh Avenue,   New York, NY 10001-6708,
             Attn: Loan Servicing, 6th Fl.
516876043   +Amalgamated Bank,   Amalgamated Bank,   275 Seventh Avenue,   New York, NY 10001,
             Attn: Loan Servicing, 6th Fl.,   Amalgamated Bank 10001-6708
516428645   +Bank of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
516428647    Jeannette Armstrong,   1336 Grant Armstrong,   Vineland, NJ 08360
516506412   +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2019 00:56:36      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2019 00:56:32      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/Text: courts@southjerseyfcu.com Dec 13 2019 00:56:35
             South Jersey Federal Credit Union,   1615 Hurffville Road,   PO Box 5530,
             Deptford, NJ 08096-0530
516428646    E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2019 00:57:37
             Bayview Loan Servicing,   62516 Collection Center Drive,   Chicago, IL 60693-0625
516615235   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2019 00:57:37
             Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
516615234   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2019 00:57:37
             Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, Florida 33146-1837
516428649    E-mail/Text: courts@southjerseyfcu.com Dec 13 2019 00:56:35
             South Jersey Federal Credit Union,   PO Box 5530,   Deptford, NJ 08096-0530
516430402    EDI: RMSC.COM Dec 13 2019 05:08:00      Synchrony Bank,
             c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
516541085    EDI: BANKAMER.COM Dec 13 2019 05:08:00      THE BANK OF NEW YORK MELLON FKA THE,
             c/o Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
                                                                                    TOTAL: 9


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516428648    ##+Kubota Credit corp USA,   3401 Del Amo Blvd,   Torrance, CA 90503-1636
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin            Page 2 of 2           Date Rcvd: Dec 12, 2019
                             Form ID: 3180W          Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor   BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP shay@bbs-law.com,
               jpshay@gmail.com
              Jill  Manzo    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (WALT 2004-30CB) bankruptcy@feinsuch.com
              John F Newman    on behalf of Creditor   South Jersey Federal Credit Union
               courts@southjerseyfcu.com
              Nicholas V. Rogers    on behalf of Creditor   BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (WALT 2004-30CB) bankruptcy@feinsuch.com
              Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-30CB, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2004-30CB DMcDonough@flwlaw.com
              Seymour  Wasserstrum    on behalf of Debtor Hector M Serrano mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                          TOTAL: 10